FILED

08/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0173

_____

BETH McLAUGHLIN,

                    Petitioner,

v.

The MONTANA STATE LEGISLATURE, and the MONTANA
DEPARTMENT of ADMINISTRATION,

                    Respondents.

_____

**ORDER GRANTING EXTENSION OF TIME**

_____

Upon consideration of Petitioner's Unopposed Motion for Extension of

Time, and good cause appearing therefrom,

IT IS HEREBY ORDERED that Petitioner is granted an extension of time to

and including September 2, 2021, within which to file and serve her response to

The Montana State Legislature's Petition for Rehearing.

1

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
August 23 2021